Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
310 N. 5th Street
Boise, ID 83702
Phone: (208) 336-8980; Fax: (208) 342-2561
Email: howardbelodoff@idaholegalaid.org

Tulin Ozdeger, # 476548 (DC)
Karen Cunningham # 476830 (DC)
The National Law Center on Homelessness & Poverty
1411 K Street, Suite 1400
Washington, DC 20005
Phone: (202) 638-2535; Fax: (202) 628-2737
Email: tozdeger@nlchp.org
Email: kcunningham@nlchp.org

Marguerite M. Sullivan, # 497894 (DC)
Kristi N. O'Malley, # 498584 (DC)
Heather Maria Johnson, # 986281 (DC)
Latham & Watkins LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004-1304
Phone: (202) 637-2200; Fax: (202) 637-2201
Email: Maggy.Sullivan@lw.com
Email: Kristi.O'Malley@lw.com
Email: Heather.Johnson@lw.com
Email: Kirstin.Scheffler@lw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANET F. BELL, et al., <br><br> Plaintiffs, <br> v. <br><br> CITY OF BOISE, et al., <br><br> Defendants. | Civ. No. 1:09-CV-00540-REB <br><br> **AFFIDAVIT OF FAWN PETTET** |

AFFIDAVIT OF FAWN PETTET - 1

## AFFIDAVIT OF FAWN PETTET

I, FAWN PETTET do hereby declare, under penalty of perjury, that the following information is true and correct to the best of my knowledge and is based upon my personal knowledge on which I am competent to testify.

1. I am the Supportive Services Director and Grant Administrator of Interfaith Sanctuary Housing Services, Inc. ("Sanctuary"), located in Boise, Idaho. I have served in this position since February 2009. Between April 2007 and January 2009, I served as Sanctuary's Development and Social Services Director. In both of these positions my duties included providing case management services, maintaining a working knowledge of programs and resources available to homeless individuals, communicating with community partners (including other shelters), and supervising social work interns and volunteers. In addition, I have served as the shelter manager for several shifts each week. My initial involvement with Sanctuary was as an intern for Catholic Charities of Idaho, Inc.

2. I obtained a Bachelor of Arts degree in Social Work from Boise State University in 2005, and a Master of Social Work degree from Boise State in 2006. I am a Licensed Master Social Worker in Idaho. In addition to my work at Sanctuary, I have also worked as a behavioral interventionist for Developmental Concepts, Inc., and a developmental technician for the Gem State Development Center.

3. I will no longer be working at Sanctuary as of November 1, 2010. I have accepted a position as a case manager with the private contractor for the Idaho Department of Corrections at their drug and alcohol treatment facility located at the prison facilities off Pleasant Valley Rd. in Kuna, Idaho.

4. Sanctuary is a non-profit corporation that is operated with donations and support of members of the Boise community including individuals, businesses and a large number of the religious congregations including the Catholic diocese, Protestant and Christian churches, the LDS Stakes, the Jewish Temple, the Hari Krishna, the Muslim Center. Sanctuary does not impose any religious requirements or activities on persons who stay at the shelter. I am familiar with the policies and operations of Sanctuary and, in my professional capacity, I have come to know many of the homeless individuals who seek services or emergency shelter at Sanctuary.

5. Sanctuary began operating as a winter emergency shelter in late November 2005 in a response to the overwhelming need to house homeless persons after the City of Boise displaced and evicted the residents of the Community House Shelter in order to lease the facility to the Boise Rescue Mission. The City evicted all the women and families that were housed in the Community House Shelter and the transitional units. Sanctuary began operations in a church.

6. A few days before Christmas in 2005, Sanctuary moved from the Church to a loaned space in a warehouse on Jefferson Street and 13th Street in Boise, Idaho. Sanctuary was forced to close at the end of March because the City limited the time it could be open when it granted a Conditional Use Permit at that location.

7. In November 2006, Sanctuary initially opened at the Cathedral of the Rockies but moved after it was able to secure emergency funding to rent the Carnegie Library from St. Michaels Cathedral until March 31, 2006. During the first two years, Sanctuary was not open and did not provide shelter on a full-year basis; no shelter was available from April 1, 2007 until October 31, 2007.

8. Sanctuary moved into its present location at 1620 West River Street in Boise on November 1, 2007, and became a twelve month year-round shelter. Soon after opening, Sanctuary was completely full on a regular basis.

9. Sanctuary is an emergency shelter. We provide overnight shelter on a short term or temporary basis. Residents are allowed to check into Sanctuary at 6:00 p.m. in the evening and are required to leave by 7:00 a.m. everyday except on Sundays when check out is at 8:00 a.m. While we make our best efforts to house those individuals who need shelter, given our limited bed capacity and factors specific to individuals, we cannot guarantee a bed or floor mat for every person who requests or needs shelter. We may grant reasonable accommodations to disabled persons who cannot work and have no other housing while they are waiting for SSI and Social Security Disability to be approved.

10. On November 1, 2007, when Sanctuary opened as a year round shelter, it had 51 beds for men, 20 beds for women, and 16 beds for families. Overflow floor mats were required to house men when the beds were full. The floor mats were placed in the lobby area after tables and chairs were removed at 9:00 p.m.

11. On November 5, 2007, Sanctuary reached capacity for beds reserved for men and began using a wait list. On November 13, 2007, Sanctuary stopped accepting applications for new men, because all the beds were occupied and there was no more room on the overflow floor mats. The Boise Police Department was contacted by telephone to request that officers be informed that Sanctuary was out of beds and floor space for men.

12. On December 28, 2007, Sanctuary added two floor mat spaces for women. These mats are placed in the corner of the lobby near the front desk.

13. On February 9, 2008, Sanctuary acquired bunk beds to increase the available beds in the men's dormitory. This brought the total bed capacity to 97 for men, 20 beds for women, and 20 beds for families.

14. On February 22, 2008, Sanctuary was forced to implement a two-week moratorium on new men intakes because all the beds and floor mat spaces were occupied. At this point Sanctuary was serving over 130 people on a nightly basis. All of the women's beds were being occupied on a nightly basis.

15. In April of 2009, a new hallway was installed in Sanctuary to comply with the requirements imposed on Sanctuary under City Building and Fire Codes. This reduced bed capacity for men to 76. Since April 2009, Sanctuary's bed capacity has been 116-126: 76 men's beds, 20 women's beds, and 20 family beds, some of which are full-size beds and can fit a couple, a parent and child, or two siblings.

16. As demonstrated by the bed capacities above, on average between 15-20% of the beds at Sanctuary have been reserved for families. Sanctuary has designated areas for beds to house men, women, and families. It is possible for Sanctuary to reach bed capacity in one of these designated areas on a given night before it reaches maximum overall bed and floor mat capacity.

17. The beds in Sanctuary are consistently filled, and the overflow floor area has to be fully utilized. On a routine and regular basis there are no beds or floor mats available and persons have to be turned away or referred to other shelters.

18. Sanctuary has been at its bed capacity in the men's area at least half of every month. The women's area has been completely full almost every night of the week.

19. Sanctuary has a wait list for beds every night. Beds in Sanctuary are reserved for occupants who have stayed the night before and have been assigned a bed. If the person does not show up by 9:00 p.m. or make special arrangements then the bed is offered to a person on the wait list. Persons on the waiting list are given a floor mat on a first come basis except we try to give priority to persons who had a floor mat the previous night if no bed becomes available.

20. The wait list for men usually has between 10-15 men on it, and the wait list for women usually has 3-5 women on it. The wait list tends to increase to 20 at the end of every month.

21. Individuals will often call or come to the shelter to check to see if there are any beds available. On many occasions, Sanctuary has to tell them that there is no room for additional persons, and there is a wait list. If the wait list is too long persons will leave before 9:00 p.m., especially when the days are shorter and sunsets early, in order to find somewhere to sleep outside or inside a parked vehicle. It can be several days before a bed or floor space will be available. In my experience many individuals just stop checking for shelter because of the lack of beds and floor space.

22. If individuals are unable to get a bed or a floor mat on a given night, Sanctuary will provide them with a couple of garbage bags and blankets to protect them from the cold and wet weather. I am aware of instances where persons forced to sleep outside have had to be hospitalized and have died from exposure to the cold in Boise.

23. When forced to sleep outdoors, these people will often sleep near Sanctuary so they can access any medications or belongings which we stored at the shelter or access the Corpus Christi day shelter. Corpus Christi is a day shelter used during the day by many of the people who stay at Sanctuary at night. It is open from 7:00 a.m. to 5:00 p.m., Monday through

Saturday. Persons who are homeless can eat, stay warm in the winter or cool in the summer, shower, do laundry, receive mail and make telephone calls.

24. Sanctuary gets a substantial increase in persons seeking shelter as a result of the Boise Rescue Mission's length of stay policy of seventeen (17) days for men and thirty (30) days for women that is in effect between approximately the first of April and the first of November. Once a person reaches their maximum length of stay, he or she will not be allowed to stay at the Boise Rescue Mission shelter for thirty (30) days. The Boise Rescue Mission requires that if a person fails to show up during their stay for a night and is not given permission to be gone, they will not be allowed to stay for the next thirty (30) days. The only way for a person to stay longer at the Boise Rescue Mission is to enroll in one of their religious or other programs and meet their religious requirements. The Boise Rescue Mission's policy contributes to the Sanctuary being filled to capacity and having to turn people away.

25. On some nights, Boise Rescue Mission will call Sanctuary to see if we have any available space for individuals it cannot or will not house. These often include people with mental illness, who are intoxicated, or who have behavioral issues. Sanctuary will try to provide a place for these people, but sometimes we cannot.

26. On other nights, when Sanctuary is full, we will call Boise Rescue Mission to see if it has beds or floor space available. Boise Rescue Mission often cannot or will not agree to house these individuals because they have been barred from the facility or they suffer from a disability and cannot conform their behavior to the strict requirements they impose on residents. This includes persons who suffer from severe mental or physical illness or have substance and alcohol abuse problems.

27. The Boise Rescue Mission will not let persons in their facility if they have been drinking or are intoxicated. Often times the Boise Police will bring intoxicated persons to Sanctuary to sober up rather than to jail or be exposed to the cold because the Boise Rescue Mission will not take them. These persons are placed in a separate room and observed during the night by staff.

28. When Sanctuary does not have any beds for families, we will try to provide them hotel vouchers which are funded by the City of Boise. This program is reserved exclusively for families with children or for individuals with exceptional circumstances, such as a recent discharge from the hospital (the individual would have to have a significant medical condition that requires rest and a place to stay during the day when Sanctuary is closed). Recently, two families came to Sanctuary and we did not have any beds for them. We provided them with a five-day maximum hotel voucher. After the voucher expired, we still could not house them. This year we have had to use all the vouchers the City has provided to us and now have to wait until next year to receive more.

29. The vast majority of the people at Sanctuary suffer from mental illness. I would estimate it is as much as 85-90% of the people who stay at the shelter. About half of these people do not receive treatment and medication for their illnesses. In addition to mental illnesses, a significant portion of the individuals suffer from alcoholism, drug abuse, domestic violence, and/or low or limited developmental capacities.

30. The majority of individuals with severe mental disabilities are not able to comply with all of the requirements of the Boise Rescue Mission shelters. Many of the people who come to Sanctuary have been "kicked out" or been turned away from the Boise Rescue Mission

AFFIDAVIT OF FAWN PETTET - 8

shelters because they have not been able to comply with their requirements due to their mental disabilities and/or are too difficult to deal with in a shelter environment.

31. Most of these people would do better in a supportive housing environment with a case management component such as in the Single Resident Occupancy (SRO) units that used to be available for rent on the third floor of the former Community House before the City leased it to the Boise Rescue Mission.

32. There are some people whose mental illness prevents them from being able to stay at Sanctuary due to the number of people and noise that is unavoidable in a dormitory environment. The dorms are small and there is very little room between bunks, so there is no privacy. We had a man who had such severe obsessive compulsive disorder who could not stay at Sanctuary because of what he perceived to be dirt in the shelter. We had another man whose delusions of armadillos on the roof of the shelter kept him from staying at Sanctuary. We had a man whose Tourette Syndrome caused him to talk and sneeze throughout the night, disturbing the other men who are trying to sleep. These are examples of individuals who have not been able to stay at Sanctuary. Other individuals' disabilities have prevented them from staying at shelters as well.

33. It is not a choice for these individuals not to stay in the shelters as their mental or physical disabilities prevent them from functioning in the shelter environment. We work with these persons to prevent or reduce their disruptive behaviors so they can to comply with Sanctuary's rules. However, if a person's behavior threatens the safety of other persons, they will be asked to leave Sanctuary for a period of time until they can address their behavior problems.

34. Because of its constantly-changing population and close quarters, Sanctuary has, on occasion, experienced outbreaks of infectious diseases, such as the flu. This is exacerbated by the fact that many people who stay at Sanctuary are in poor health and do not always receive medical treatment.

35. In 2007, I had a conversation with Will Rainford and James Birdsall in which Mr. Birdsall estimated that the number of homeless in Boise was approximately 3,500-4,500.

36. Boise Police officers have told Sanctuary staff that when they encounter new individuals in town who have no where to stay, that they will direct them to the shelters and not issue them citations. However, several people who have recently arrived in Boise, have shown me citations when they were cited by the police, even after explaining that they had no where to stay and did not know where the shelters were located.

37. There have been times since the Overnight Shelter Capacity Advisory Protocol was instituted that Sanctuary has been out of beds and floor space but has not called the BSU dispatch. This was due to confusion with the procedure for following the protocol and staff not being aware or knowing when to call.

Fawn Pettet

Subscribed and sworn to before me this 22nd day of October, 2010.

Notary Public for Idaho
Residing at Boise
Commission Expires: 6/2/12