UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| JANET F. BELL, BRIAN S. CARSON, CRAIG FOX, ROBERT MARTIN, LAWRENCE LEE SMITH, ROBERT ANDERSON, PAMELA S. HAWKES, JONATHON LEIGH MILLER, JAMES M. GODFREY, BASIL E. HUMPHREY, and KIRK ROSS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BOISE; BOISE POLICE DEPARTMENT; and MICHAEL MASTERSON, in his official capacity as Chief of Police,<br><br>Defendants. | Case No.: CV 09-540-S-REB<br><br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed on July 6, 2011 (Dkt. 115), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety, with prejudice.

DATED: **July 12, 2011**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge

JUDGMENT - 1