Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
310 N. 5th Street
Boise, ID 83702
(208) 336-8980 | Phone
(208) 342-2561 | Fax

Heather Maria Johnson, # 986281 (DC)
Karen Cunningham, # 476830 (DC)
The National Law Center on Homelessness & Poverty
1411 K Street, Suite 1400
Washington, DC 20005
(202) 638-2535 | Phone
(202) 628-2737 | Fax

Attorneys for Plaintiffs-Appellants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANET F. BELL, BRIAN S. CARSON, ROBERT MARTIN, LAWRENCE LEE SMITH, ROBERT ANDERSON, PAMELA S. HAWKES, JAMES M. GODFREY, and BASIL E. HUMPHREY,<br><br>    Plaintiffs-Appellants,<br>    v.<br><br>CITY OF BOISE; BOISE POLICE DEPARTMENT; and MICHAEL MASTERSON, in his official capacity as Chief of Police,<br><br>    Defendants-Appellees. | D.C. No. 1:09-cv-00540-S-REB<br><br>NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that all the Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final Judgment, Dkt. No. 116, filed on July 12, 2011, entered in accordance with the Memorandum Decision and Order, Dkt. No. 115, filed on July

NOTICE OF APPEAL – Page 1

6, 2011, in the United States District Court for the District of Idaho granting summary judgment and dismissing the action in its entirety.

DATED this 11th day of August, 2011.

        Respectfully submitted,
        /s/ Howard A. Belodoff
        Attorney for Appellees
        howardbelodoff@idaholegalaid.org

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Scott Muir | BoiseCityAttorney@cityofboise.org |
| Valencia Bilyeu | BoiseCityAttorney@cityofboise.org |
| Howard Belodoff | howardbelodoff@idaholegalaid.org |
| Heather Johnson | hjohnson@nlchp.org |
| Karen Cunningham | kcunningham@nlchp.org |
| Marguerite Sullivan | Maggy.Sullivan@lw.com |

        /s/
        Howard Belodoff

REPRESENTATION STATEMENT

The parties to this appeal are identified in the caption of the Notice of Appeal. The Plaintiffs-Appellants are represented by counsel filing this appeal listed below and the Defendants-Appellees are represented by counsel listed below.

Counsel for Plaintiffs-Appellants

Howard A. Belodoff
Idaho Legal Aid Services, Inc.
310 N. 5th Street
Boise, ID 83702
(208) 336-8980 │ Phone
(208) 342-2561 │ Fax

Counsel for Defendants-Appellees

Scott Muir
Valencia Bilyeu
City of Boise
PO Box 500
Boise, ID 83701
Phone: (208) 384-3870