UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 01 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANET F. BELL; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>CITY OF BOISE; et al.,<br><br>        Defendants - Appellees. | No. 11-35674<br><br>D.C. No. 1:09-cv-00540-REB<br>U.S. District Court for Idaho, Boise<br><br>**MANDATE** |

The judgment of this Court, entered March 07, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                              FOR THE COURT:
                                              Molly C. Dwyer
                                              Clerk of Court

                                              Craig Westbrooke
                                              Deputy Clerk