Allen Gardner, # 456723 (DC)
Scott Jones, # 986308 (DC)
Katherine Cheng, # 87391 (VA)
Krysta Copeland, # 1009698 (DC)
Greer Donley, # 66925 (MO)
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004-1304
Phone: (202) 637-2200
Fax: (202) 637-2201
Email: Allen.Gardner@lw.com
Email: Scott.Jones@lw.com
Email: Katherine.Cheng@lw.com
Email: Krysta.Copeland@lw.com
Email: Greer.Donley@lw.com

Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
1447 South Tyrell Dr.
Boise, ID 83706
Phone: (208) 336-8980, Ext. 1106
Fax: (208) 342-2561
Email: howardbelodoff@idaholegalaid.org

Eric Tars, # 94857 (PA)
National Law Center on Homelessness &
Poverty
2000 M St., N.W., Suite 210
Washington, DC 20036
Phone: (202) 638-2535
Fax: (202) 628-2737
Email: etars@nlchp.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JANET F. BELL, et al., | Case No. 1:09-cv-00540-REB |
| Plaintiffs, | **DECLARATION OF PLAINTIFF ROBERT ANDERSON** |
| v. | |
| CITY OF BOISE, et al., | |
| Defendants. | |

## DECLARATION OF PLAINTIFF ROBERT ANDERSON

I, Robert Anderson, declare under penalty of perjury that the foregoing is true and correct:

1. I have personal knowledge of the testimony set forth herein and I am competent to testify as follows.

**DECLARATION OF PLAINTIFF ROBERT ANDERSON** - Page 1

2. I am a plaintiff in this lawsuit and have previously provided testimony by way of deposition. My most recent testimony was provided during a December 18, 2014 deposition. I provide this testimony to supplement my prior testimony.

3. I have been residing at the Interfaith Sanctuary homeless shelter since May, 2015. At the time of my deposition, I testified that I had been allowed to stay with my girlfriend Lenna Ray in a trailer park in Boise, Idaho. I was allowed to stay in the trailer without paying rent. However, Ms. Ray has since moved away from Boise, and I had to leave the trailer park in early February, 2015.

4. After I left the trailer park, I spent the next three months temporarily staying with a friend in Garden City, Idaho, except for a four week stint when I was on the road working on a tractor trailer truck.

5. Starting in early May, 2015, I was no longer able to stay with my friend in Garden City. I had no other place to stay since I have no regular source of income and do not qualify for any housing assistance. I was afraid that I would receive a criminal camping or disorderly conduct citation if I slept outside, so I went to Interfaith Sanctuary to see if they had an available bed. However, Interfaith Sanctuary was full that night, so I had to go to the Boise Rescue Mission's River of Life shelter. I only stayed at River of Life for one night; I went back to Interfaith Sanctuary the next day and was able to get a bed there.

6. Over the last few months, I have stayed in the emergency shelter at Interfaith Sanctuary because I have nowhere else to sleep at night. Emergency shelter is the only housing currently available to me, and I do not anticipate having other housing alternatives available to me in the future.

DATED this 3rd day of September, 2015.

_____
Robert Anderson

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the persons listed below.

Howard A. Belodoff
IDAHO LEGAL AID SERVICES, INC.
Email: howardbelodoff@idaholegalaid.org

Krysta C. Copeland
LATHAM & WATKINS LLP
Email: krysta.copeland@lw.com

Allen Gardner
LATHAM & WATKINS LLP
Email: allen.gardner@lw.com

Brady J. Hall
MOORE & ELIA, LLP
Email: brady@mbelaw.net

Kelley K. Fleming
BOISE CITY ATTORNEY'S OFFICE
Email: boisecityattorney@cityofboise.org

Michael W. Moore
MOORE & ELIA, LLP
Email: mike@mbelaw.net

Scott B. Muir
BOISE CITY ATTORNEY'S OFFICE
Email: boisecityattorney@cityofboise.org

Eric S. Tars
NATIONAL LAW CENTER ON HOMELESSNESS & POVERTY
Email: etars@nlchp.org

Greer Donley
LATHAM & WATKINS LLP
Email: greer.donley@lw.com

Scott Jones
LATHAM & WATKINS LLP
Email: scott.jones@lw.com

/s/ Scott Jones