UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT MARTIN and ROBERT ANDERSON,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF BOISE,<br><br>　　Defendant. | Case No. 1:09-cv-00540-REB<br><br>**ORDER ON MOTION TO FILE AMICUS BRIEF**<br><br>(Dkt. 287) |

　　Pending before the Court is non-party John Ryskamp's Motion for Leave to File Amicus Brief (Dkt. 287), submitted after oral argument in this case. "There is no inherent right to file an amicus brief." *Idaho v. Coeur D'Alene Tribe*, No. 2:14-CV-00170-BLW, 2014 WL 2218329, at *1 (D. Idaho May 29, 2014). "Rather, district courts retain broad discretion to either permit or reject the appearance of amicus curiae, and typically allow amicus briefs only when they are both timely and useful." *Id.* (citing *Gerritsen v. de la Madrid Hurtado*, 819 F.2d 1511, 1514 (9th Cir. 1987).

　　Both parties oppose Mr. Ryskamp's request and the Court finds that his submission is not timely (as it followed oral argument and completion of the parties' briefing), nor would it provide information or authority useful in deciding the pending motions. Accordingly, the Court exercises its discretion to deny the Motion (Dkt. 287).

DATED: **September 28, 2015**.

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge