UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT MARTIN and ROBERT ANDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BOISE,<br><br>Defendant. | Case No. 1:09-cv-00540-REB<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed with this Judgment, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety.



DATED: **September 28, 2015**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge

**JUDGMENT**