Allen Gardner, # 456723 (DC)
Scott Jones, # 986308 (DC)
Katherine Cheng, # 87391 (VA)
Krysta Copeland, # 1009698 (DC)
Greer Donley, # 66925 (MO)
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004-1304
Phone: (202) 637-2200
Fax: (202) 637-2201
Email: Allen.Gardner@lw.com
Email: Scott.Jones@lw.com
Email: Katherine.Cheng@lw.com
Email: Krysta.Copeland@lw.com
Email: Greer.Donley@lw.com

Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
1447 South Tyrell Dr.
Boise, ID 83706
Phone: (208) 336-8980, Ext. 1106
Fax: (208) 342-2561
Email: howardbelodoff@idaholegalaid.org

Eric Tars # 94857 (PA)
National Law Center on Homelessness & Poverty
2000 M St., N.W., Suite 210
Washington, DC 20036
Phone: (202) 638-2535
Fax: (202) 628-2737
Email: etars@nlchp.org

*Attorneys for Plaintiffs-Appellants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| ROBERT MARTIN, LAWRENCE LEE SMITH, ROBERT ANDERSON, JANET F. BELL, PAMELA S. HAWKES, and BASIL E. HUMPHREY<br><br>　　　　　Plaintiffs-Appellants,<br><br>v.<br><br>CITY OF BOISE,<br><br>　　　　　Defendant-Appellee. | Case No. 1:09-cv-00540-REB<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that the plaintiffs Robert Martin and Robert Anderson in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final Judgment, Dkt. No. 300, entered on September 29, 2015 in accordance with the Memorandum Decision and Order, Dkt. No. 298, entered on September 29, 2015, in the United

**NOTICE OF APPEAL -** 1

States District Court for the District of Idaho, granting summary judgment to the City of Boise and dismissing the action in its entirety. In addition, because the district court has now entered a final judgment dismissing the action, plaintiffs Robert Martin, Lawrence Lee Smith, Robert Anderson, Janet F. Bell, Pamela S. Hawkes, and Basil E. Humphrey also hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order, Dkt. No. 152, entered on January 27, 2014, in the United States District Court for the District of Idaho, granting in part summary judgment to the City of Boise.

Submitted this 29th day of October, 2015

/s/ Scott Jones
Scott Jones
Attorney for Plaintiffs-Appellants

**NOTICE OF APPEAL -** 2

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the persons listed below.

Howard A. Belodoff
IDAHO LEGAL AID SERVICES, INC.
Email: howardbelodoff@idaholegalaid.org

Krysta C. Copeland
LATHAM & WATKINS LLP
Email: krysta.copeland@lw.com

Allen Gardner
LATHAM & WATKINS LLP
Email: allen.gardner@lw.com

Brady J. Hall
MOORE & ELIA, LLP
Email: brady@mbelaw.net

Kelley K. Fleming
BOISE CITY ATTORNEY'S OFFICE
Email: boisecityattorney@cityofboise.org

Michael W. Moore
MOORE & ELIA, LLP
Email: mike@mbelaw.net

Scott B. Muir
BOISE CITY ATTORNEY'S OFFICE
Email: boisecityattorney@cityofboise.org

Eric S. Tars
NATIONAL LAW CENTER ON HOMELESSNESS & POVERTY
Email: etars@nlchp.org

Katherine Cheng
LATHAM & WATKINS LLP
Email: katherine.cheng@lw.com

Greer Donley
LATHAM & WATKINS LLP
Email: greer.donley@lw.com

**NOTICE OF APPEAL -** 3

Scott Jones
LATHAM & WATKINS LLP
Email: scott.jones@lw.com

/s/ Scott Jones

**NOTICE OF APPEAL -** 4

REPRESENTATION STATEMENT

The parties to this appeal are identified in the caption of the Notice of Appeal. The Plaintiffs-Appellants are represented by counsel filing this appeal listed below and the Defendant-Appellee is represented by counsel listed below.

Counsel for Plaintiffs-Appellants

| | |
|---|---|
| Allen Gardner | Latham & Watkins LLP |
| Scott C. Jones | 555 Eleventh Street, NW |
| Krysta C. Copeland | Suite 1000 |
| Katherine Cheng | Washington, D.C. 20004-1304 |
| Greer Donley | Phone: (202) 637-2200 |

| | |
|---|---|
| Howard A. Belodoff | Idaho Legal Aid Services, Inc. |
| | 1447 South Tyrell Dr. |
| | Boise, ID 83706 |
| | Phone: (208) 336-8980 |

| | |
|---|---|
| Eric Tars | National Law Center on Homelessness & Poverty |
| | 2000 M St NW #210 |
| | Washington, DC 20036 |
| | Phone: (202) 638-2535 |

Counsel for Defendant-Appellee

| | |
|---|---|
| Scott Muir | City of Boise |
| Valencia Bilyeu | PO Box 500 |
| | Boise, ID 83701 |
| | Phone: (208) 384-3870 |

| | |
|---|---|
| Brady J. Hall | Moore & Elia LLP |
| | 702 W. Idaho Street, Suite 800 |
| | Boise, ID 83702 |
| | Phone: (208) 336-6900 |

**NOTICE OF APPEAL -** 5