UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 09 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT MARTIN; et al.,

        Plaintiffs - Appellants,

v.

CITY OF BOISE,

        Defendant - Appellee.

No. 15-35845

D.C. No. 1:09-cv-00540-REB
U.S. District Court for Idaho, Boise

**MANDATE**

The judgment of this Court, entered September 04, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $553.60.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7