# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 4, 2019

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 1 0 2019

FILED _____
DOCKETED _____
DATE          INITIAL

Re: City of Boise
    v. Robert Martin, et al.
    Application No. 18A1264
    (Your No. 15-35845)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on June 4, 2019, extended the time to and including August 29, 2019.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Susan Frimpong
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Ms. Theane Evangelis Kapur
Gibson, Dunn and Crutcher, LLP
333 South Grand Ave.
48th Floor
Los Angeles, CA 90071


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526