BRADY J. HALL (ISBN 7873)
brady@melawfirm.net
MICHAEL W. MOORE (ISBN 1919)
mike@melawfirm.net
MOORE ELIA KRAFT & HALL, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone:  (208) 336-6900
Facsimile: (208) 336-7031

JAYME SULLIVAN (ISBN 6258)
jsullivan@cityofboise.org
Boise City Attorney
SCOTT B. MUIR (ISBN 4229)
SMuir@cityofboise.org
Deputy City Attorney
BOISE CITY ATTORNEY'S OFFICE
150 North Capitol Boulevard
P.O. Box 500
Boise, Idaho 83701-0500
Telephone: (208) 384-3870
Facsimile: (208) 384-4454

*Attorneys for Defendant City of Boise*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ROBERT MARTIN, et al., | ) | Civil No. 1:09-CV-00540-REB |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **CITY OF BOISE'S MEMORANDUM IN** |
| | ) | **RESPONSE TO COURT ORDER OF** |
| vs. | ) | **JANUARY 9, 2020 [DKT. 326]** |
| | ) | |
| CITY OF BOISE, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CITY OF BOISE'S MEMORANDUM IN RESPONSE TO COURT ORDER OF JANUARY 9, 2020 (DKT. 326) – pg. 1**

COME NOW Defendant City of Boise, by and through its counsel of record, Moore, Elia, Kraft & Hall, LLP, hereby submits this brief in compliance with this Court's January 9, 2020 Docket Entry Order directing the City to submit a "short" memorandum outlining its position as to "what issues remain for further resolution in this case…." (Dkt. 326) As a preliminary matter, no statement in this memorandum should be construed as an admission of liability or waiver of any defense. To the contrary, Defendant denies liability and preserves all defenses available in fact and law.

It is the City's position that existing law and fact do not warrant further attempts by Plaintiff to litigate any remaining claims. The Ninth Circuit's April 1, 2019 Order and Amended Opinion (Case: 15-35845, DktEntry: 75-1) clarified the law applicable to the circuit at large. The City's ordinances and their application to the remaining Plaintiffs is constitutional and, as this Court has previously held, further litigation of Plaintiffs' prospective relief claims are without jurisdiction. (Dkt. 298). Notwithstanding, Plaintiffs will need to decide whether they desire to pursue any claims that may remain after carefully considering the Ninth Circuit's ruling, the Plaintiffs' October 29, 2015 Notice of Appeal (Dkt. No. 301) and related briefing, the Plaintiffs' prior complaints, and this Court's prior rulings not reversed on appeal.

If Plaintiffs identify a good faith basis to proceed forward, Plaintiffs should file a Third Amended Complaint – consisting only of those remaining claims actually revived by the Ninth Circuit – from which the City can analyze, file an answer or responsive pleading, and identify what discovery is necessary in advance of trial and/or a dispositive motions deadline. At most, the Ninth Circuit has remanded Plaintiff Martin's and Anderson's claim for prospective injunctive and declaratory relief, having found only that genuine issues of material fact exist as to "whether Martin and Anderson face a credible threat of prosecution under one or both ordinances in the future at a time when they are unable to stay at any Boise homeless shelter." (DktEntry: 75-1, p.

**CITY OF BOISE'S MEMORANDUM IN RESPONSE TO COURT ORDER OF JANUARY 9, 2020 (DKT. 326) – pg. 2**

49). As for the retrospective claims, the Ninth Circuit held only that *Heck v. Humphrey* had no application to Plaintiff Hawkes' July 8, 2007 citation and Plaintiff Martin's April 24, 2009 citation, neither of which resulted in a conviction. (DktEntry: 75-1, pp. 58-60, 62, and 69).The Ninth Circuit affirmed the dismissal of all other claims.

## CONCLUSION

It is clear that Plaintiffs have not prevailed on the merits of any one claim for relief. To the contrary, the Ninth Circuit affirmed the dismissal of the vast majority of Plaintiffs' claims. The ball is in Plaintiffs' court to identify what cognizable claims, if any, they are willing and able[1] to advance at this time. The Court should order Plaintiffs to file a very limited amended complaint and afford the City an opportunity to file a responsive pleading or answer prior to ordering alternative dispute resolution and/or a scheduling conference.

DATED this 13th day of January, 2020.

MOORE ELIA KRAFT & HALL, LLP


*/s/ Brady J. Hall*
Brady J. Hall
*Attorney for Defendant City of Boise*

---

[1] Plaintiffs' 2014 *Revised Second Amended Complaint for Injunctive and Declaratory Relief* (Dkt. 171) was filed on behalf of several Plaintiffs who could not be located or had decided not to participate in litigation. (Dkt. 188-1, 286) Accordingly, the City requests that Plaintiffs' counsel confirm prior to or contemporaneously with the filing of an amended complaint that they have communicated with their clients and each is willing and able to proceed forward with litigation.

**CITY OF BOISE'S MEMORANDUM IN RESPONSE TO COURT ORDER OF JANUARY 9, 2020 (DKT. 326) – pg. 3**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of January 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Howard Belodoff<br>Idaho Legal Aid Services, Inc.<br>1447 So. Tyrell Lane<br>Boise, ID 83706<br>*Attorney for Plaintiffs* | ☒ Served through CM/ECF at:<br>howardbelodoff@idaholegalaid.org |
| Michael E. Bern<br>Krysta C. Copeland<br>Allen M. Gardner<br>Scott C. Jones<br>Latham & Watkins LLP<br>555 11th Street NW,<br>Suite 1000<br>Washington, DC 20004<br>*Attorney for Plaintiffs* | ☒ Served through CM/ECF at:<br>Michael.bern@lw.com<br>Krysta.copeland@lw.com<br>Allen.gardner@lw.com<br>Scott.jones@lw.com |
| Sharon Brett<br>US Dept. of Justice<br>Civil Rights Division<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530<br>*Attorney for Plaintiffs* | ☒ Served through CM/ECF at:<br>sharon.brett@usdoj.gov |
| Eric S. Tars<br>National Law Center on Homelessness &<br>Property<br>2000 M St. NW, Ste. 210<br>Washington, DC 20036<br>Attorney for Plaintiffs | ☒ Served through CM/ECF at:<br>etars@nlchp.org |

/s/ Brady J. Hall
Brady J. Hall