UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
U.S. MAGISTRATE JUDGE MINUTE ENTRY

(X) TELEPHONE STATUS CONFERENCE

JUDGE RONALD E. BUSH

ESR/Deputy Clerk: Lynette C. Case
Date: JANUARY 15, 2020
CV. 09-540-S-REB
(Boise,Idaho)
10AM (45 min)

ROBERT MARTIN, et al,
                                    Howard Belodoff/Eric Tars/Michael Bern
                                              (Noah Heinz)
        Plaintiffs,                     Attorneys for Plaintiffs,
vs.
CITY OF BOISE, et al,              Mike Moore/*Brady Hall/(Jayme Sullivan)
        Defendants.                     Attorney for Defendants.

Court reviewed the record.
Parties advised the Court of their positions of this case.

ORDER: No later than JANUARY 31, 2020, Counsel shall file a 10 page brief stating their position regarding whether or not Ms. Hawkes remains in this case; as discussed on the record. No replies shall be filed. Court referenced its prior Order/DOC. 286.

Counsel shall confer regarding pending motion for costs/DOC.316 and advise the Court if this is resolved; as discussed on the record.

COURT SHALL ENTER AN ORDER