BRADY J. HALL (ISBN 7873)
brady@melawfirm.net
MICHAEL W. MOORE (ISBN 1919)
mike@melawfirm.net
MOORE ELIA KRAFT & HALL, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone:  (208) 336-6900
Facsimile: (208) 336-7031

JAYME SULLIVAN (ISBN 6258)
jsullivan@cityofboise.org
Boise City Attorney
SCOTT B. MUIR (ISBN 4229)
SMuir@cityofboise.org
Deputy City Attorney
BOISE CITY ATTORNEY'S OFFICE
150 North Capitol Boulevard
P.O. Box 500
Boise, Idaho 83701-0500
Telephone: (208) 384-3870
Facsimile: (208) 384-4454

*Attorneys for Defendant City of Boise*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ROBERT MARTIN, et al., | ) | Civil No. 1:09-CV-00540-REB |
| Plaintiffs, | ) ) ) | **NOTICE OF APPEARANCE OF JAYME SULLIVAN** |
| vs. | ) ) | |
| CITY OF BOISE, et al., | ) ) ) | |
| Defendants. | ) ) | |

PLEASE TAKE NOTICE that Jayme Sullivan, Boise City Attorney, hereby enters her appearance as counsel on behalf of the Defendant City of Boise in the above-entitled action. The information required by District Local Rule Civ. 5.2 is contained herein above.

DATED this 31st day of January, 2020.

<u>s/ Jayme Sullivan</u><br>
Jayme Sullivan<br>
Counsel for City of Boise

**NOTICE OF APPEARANCE OF JAYME SULLIVAN - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of January 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Howard Belodoff<br>Idaho Legal Aid Services, Inc.<br>1447 So. Tyrell Lane<br>Boise, ID 83706<br>*Attorney for Plaintiffs* | ☒ Served through CM/ECF at:<br>howardbelodoff@idaholegalaid.org |
| Michael E. Bern<br>Krysta C. Copeland<br>Allen M. Gardner<br>Scott C. Jones<br>Latham & Watkins LLP<br>555 11th Street NW,<br>Suite 1000<br>Washington, DC 20004<br>*Attorney for Plaintiffs* | ☒ Served through CM/ECF at:<br>Michael.bern@lw.com<br>Krysta.copeland@lw.com<br>Allen.gardner@lw.com<br>Scott.jones@lw.com |
| Sharon Brett<br>US Dept. of Justice<br>Civil Rights Division<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530<br>*Attorney for Plaintiffs* | ☒ Served through CM/ECF at:<br>sharon.brett@usdoj.gov |
| Eric S. Tars<br>National Law Center on Homelessness & Property<br>2000 M St. NW, Ste. 210<br>Washington, DC 20036<br>Attorney for Plaintiffs | ☒ Served through CM/ECF at:<br>etars@nlchp.org |

/s/ Brady J. Hall
Brady J. Hall

**NOTICE OF APPEARANCE OF JAYME SULLIVAN - 3**