BRADY J. HALL (ISBN 7873)
brady@melawfirm.net
MICHAEL W. MOORE (ISBN 1919)
mike@melawfirm.net
MOORE ELIA KRAFT & HALL, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031

JAYME SULLIVAN (ISBN 6258)
jsullivan@cityofboise.org
Boise City Attorney
SCOTT B. MUIR (ISBN 4229)
SMuir@cityofboise.org
Deputy City Attorney
BOISE CITY ATTORNEY'S OFFICE
150 North Capitol Boulevard
P.O. Box 500
Boise, Idaho 83701-0500
Telephone: (208) 384-3870
Facsimile: (208) 384-4454

*Attorneys for Defendant City of Boise*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT MARTIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF BOISE, et al., <br><br> Defendants. | Civil No. 1:09-CV-00540-REB <br><br> **JOINT MOTION AND STIPULATION TO EXTEND DEADLINE TO FILE ANSWER TO THIRD AMENDED COMPLAINT** |

**JOINT MOTION AND STIPULATION TO EXTEND DEADLINE TO FILE ANSWER TO THIRD AMENDED COMPLAINT- 1**

COME NOW Defendants and Plaintiffs, by and through their respective attorneys of record, and pursuant to District Local Rule Civ. 6.1, hereby jointly stipulate and motion this Court for an order extending the deadline to file an answer to *Plaintiffs' Third Amended Complaint for Declaratory and Injunctive Relief and Monetary Damages* (Dkt. 338) by an additional fourteen (14) days, such that the new deadline will be April 7, 2020. Given the pandemic's significant and unprecedented disruptions to the City of Boise and its counsel, it is respectfully submitted that good cause warrants granting the limited extension of time requested.

DATED this 24th day of March, 2020.

*s/ Howard A. Belodoff*
Howard A. Belodoff
Counsel for Plaintiffs

DATED this 24th day of March, 2020.

*s/ Brady J. Hall*
Brady J. Hall
Counsel for Defendant City of Boise

**JOINT MOTION AND STIPULATION TO EXTEND DEADLINE TO FILE ANSWER TO THIRD AMENDED COMPLAINT- 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Howard Belodoff<br>Idaho Legal Aid Services, Inc.<br>1447 So. Tyrell Lane<br>Boise, ID 83706<br>*Attorney for Plaintiffs* | ☒ Served through CM/ECF at:<br>howardbelodoff@idaholegalaid.org |
| Michael E. Bern<br>Krysta C. Copeland<br>Allen M. Gardner<br>Scott C. Jones<br>Latham & Watkins LLP<br>555 11th Street NW,<br>Suite 1000<br>Washington, DC 20004<br>*Attorney for Plaintiffs* | ☒ Served through CM/ECF at:<br>Michael.bern@lw.com<br>Krysta.copeland@lw.com<br>Allen.gardner@lw.com<br>Scott.jones@lw.com |
| Sharon Brett<br>US Dept. of Justice<br>Civil Rights Division<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530<br>*Attorney for Plaintiffs* | ☒ Served through CM/ECF at:<br>sharon.brett@usdoj.gov |
| Eric S. Tars<br>National Law Center on Homelessness & Property<br>2000 M St. NW, Ste. 210<br>Washington, DC 20036<br>Attorney for Plaintiffs | ☒ Served through CM/ECF at:<br>etars@nlchp.org |

/s/ Brady J. Hall
Brady J. Hall