BRADY J. HALL (ISBN 7873)
brady@melawfirm.net
MICHAEL W. MOORE (ISBN 1919)
mike@melawfirm.net
MOORE ELIA KRAFT & HALL, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone:  (208) 336-6900
Facsimile: (208) 336-7031

JAYME SULLIVAN (ISBN 6258)
jsullivan@cityofboise.org
Boise City Attorney
SCOTT B. MUIR (ISBN 4229)
SMuir@cityofboise.org
Deputy City Attorney
BOISE CITY ATTORNEY'S OFFICE
150 North Capitol Boulevard
P.O. Box 500
Boise, Idaho 83701-0500
Telephone: (208) 384-3870
Facsimile: (208) 384-4454

*Attorneys for Defendant City of Boise*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT MARTIN, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>CITY OF BOISE, et al.,<br><br>            Defendants. | Civil No. 1:09-CV-00540-REB<br><br>**FOURTH STIPULATION AND JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE BY 30 DAYS TO ACCOMMODATE SETTLEMENT CONFERENCE** |

**FOURTH STIPULATION AND JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE BY 30 DAYS TO ACCOMMODATE SETTLEMENT CONFERENCE - 1**

COME NOW the Plaintiffs and Defendant, by and through their respective attorneys of record, and for good cause existing, respectfully request the Court extend the deadline to complete fact discovery by another thirty (30) days. The parties have been participating in judicially-supervised settlement discussions with the Honorable Magistrate Judge Candy Dale since September 2, 2020. The parties have made substantial progress in negotiations and continue to meet with Judge Dale regarding settlement discussions. Dkt. 384, 383, 382, 381, 380, and 379. The parties are to provide a report to Judge Dale again on December 16, 2020 in aid of ongoing settlement discussions.

The parties have identified discovery that is not necessary prior to the settlement conference, but will most likely need to be completed prior to the settlement conference in order to comply with the current fact discovery deadline on December 14, 2020. The parties wish to avoid incurring the time and expense in completing discovery that will be unnecessary if mediation is successful.

DATED this 14th day of December, 2020.

LATHAM & WATKINS, LLP.

*/s/ Michael E. Bern*
Michael Bern
*Attorneys for Plaintiff*

DATED this 14th day of December, 2020.

MOORE ELIA KRAFT & HALL, LLP

*/s/ Brady J. Hall*
Brady J. Hall
*Attorneys for Defendant*

**FOURTH STIPULATION AND JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE BY 30 DAYS TO ACCOMMODATE SETTLEMENT CONFERENCE - 2**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Howard Belodoff<br>Idaho Legal Aid Services, Inc.<br>1447 So. Tyrell Lane<br>Boise, ID 83706<br>*Attorney for Plaintiffs* | ☒ Served through CM/ECF at:<br>howardbelodoff@idaholegalaid.org |
| Michael E. Bern<br>Allen M. Gardner<br>Scott C. Jones<br>Latham & Watkins LLP<br>555 11th Street NW,<br>Suite 1000<br>Washington, DC 20004<br>*Attorney for Plaintiffs* | ☒ Served through CM/ECF at:<br>Michael.bern@lw.com<br>Allen.gardner@lw.com<br>Scott.jones@lw.com |
| Sharon Brett<br>US Dept. of Justice<br>Civil Rights Division<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530<br>*Attorney for Plaintiffs* | ☒ Served through CM/ECF at:<br>sharon.brett@usdoj.gov |
| Eric S. Tars<br>National Law Center on Homelessness & Property<br>2000 M St. NW, Ste. 210<br>Washington, DC 20036<br>*Attorney for Plaintiffs* | ☒ Served through CM/ECF at:<br>etars@nlchp.org |

/s/ Brady J. Hall
Brady J. Hall

**FOURTH STIPULATION AND JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE BY 30 DAYS TO ACCOMMODATE SETTLEMENT CONFERENCE - 3**