Michael E. Bern #994791 (DC)
Allen M. Gardner, #456723 (DC)
Danielle McCall, #1612728 (DC)
Gemma Donofrio, #1719742 (DC)
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004-1304
Phone: (202) 637-2200
Fax: (202) 637-2201
Email: Michael.Bern@lw.com
Email: Allen.Gardner@lw.com
Email: Danielle.McCall@lw.com
Email: Gemma.Donofrio@lw.com

*Attorneys for Plaintiffs*

Howard A. Belodoff, ISB # 2290
Idaho Legal Aid Services, Inc.
1447 South Tyrell Dr.
Boise, ID 83706
Phone: (208) 336-8980
Fax: (208) 342-2561
Email: howardbelodoff@idaholegalaid.org

Eric Tars # 94857 (PA)
National Homelessness Law Center
2000 M St., N.W., Suite 210
Washington, DC 20036
Phone: (202) 638-2535
Fax: (202) 628-2737
Email: etars@nlchp.org

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | | |
|---|---|---|
| ROBERT MARTIN, et al., | ) | Case No. 1:09-cv-00540-REB |
| | ) | |
| Plaintiffs, | ) | **JOINT STIPULATION TO DISMISS** |
| | ) | **WITH PREJUDICE** |
| v. | ) | |
| | ) | |
| CITY OF BOISE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

1
**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiffs Robert Martin, Pamela Hawkes, and Robert Anderson ("Plaintiffs") and Defendant City of Boise ("Defendant") (collectively, "the Parties") have reached a settlement of the claims in this action, as outlined in the Parties' Joint Motion for Dismissal with Prejudice and accompanying documents (Dkt. 390). Upon consideration of, and in keeping with, the terms of the Parties' Settlement Agreement and accompanying documents, the Parties stipulate to dismissal of all claims in this action with prejudice and seek an Order of Dismissal from this Court. Each party will pay its own costs, expenses, and attorneys' fees except as otherwise set forth in the Settlement Agreement.

Dated: March 1, 2021

/s/ Howard A. Belodoff
Howard A. Belodoff, ISB #2290
IDAHO LEGAL AID SERVICES, INC.
howardbelodoff@idaholegalaid.org

/s/ Michael E. Bern
Michael E. Bern #994791 (DC)
Allen M. Gardner, #456723 (DC)
Danielle McCall, #1612728 (DC)
Gemma Donofrio, #1719742 (DC)
Latham & Watkins LLP
Michael.Bern@lw.com

/s/ Eric Tars
Eric Tars, # 94857 (PA)
National Homelessness Law Center.
etars@nlchp.org

*Attorneys for Plaintiffs*

/s/ Jayme Sullivan
Jayme Sullivan, # 6258 (ID)
Scott Muir, # 4229 (ID)
Boise City Attorney's Office
JSullivan@cityofboise.org

*Attorneys for Defendants*

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the March 1, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Steven R. Kraft, Attorney for Defendant City of Boise, Idaho
    steve@melaw.net

    Scott B. Muir, Attorney for Defendant City of Boise, Idaho
    SMuir@cityofboise.org

    Jayme Sullivan, Attorney for Defendant City of Boise, Idaho
    jsullivan@cityofboise.org


                      /s/ Michael E. Bern
                      Michael Bern

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**