UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT MARTIN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF BOISE, et al.,<br><br>        Defendants. | Case No.: 1:09-cv-00540-REB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter having come before the Court upon the parties' Joint Stipulation to Dismiss with Prejudice (Dkt. 392), pursuant to FRCP 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court being duly advised,

IT IS HEREBY ORDERED that this action is DISMISSED, WITH PREJUDICE, in its entirety. The Clerk's Office is directed to close the case.



DATED: March 2, 2021

_____
Ronald E. Bush
Chief U.S. Magistrate Judge

ORDER - 1